# Exhibit A

# Bottom Line Enhanced Masterfile (formerly Boardroom) Mailing List

For over four decades Bottom Line Inc. has brought the best in wellness and wealth advice to its readers. Through its newsletter, e-newsletters and books it provides useful, expert, actionable information to help readers navigate their world, saving time and money along the way. This masterfile is enhanced with Data Axle's full suite of enhancements to best target your prospects.

[Get Count] [Get Pricing] [Get More Information]

## SEGMENTS — COUNTS THROUGH 04/30/2022

| Count | Segment | Rate |
|---|---|---|
| 380,997 | TOTAL UNIVERSE / BASE RATE | $115.00/M |
| 18,924 | 1 MONTH PAID SUBS/BUYERS | |
| 61,669 | 3 MONTH PAID SUBS/BUYERS | + $20.00/M |
| 162,380 | 6 MONTH PAID SUBS/BUYERS | + $15.00/M |
| 256,861 | 12 MONTH PAID SUBS/BUYERS | + $10.00/M |
| 380,997 | 24 MONTH PAID SUBS/BUYERS | $115.00/M |
| | FUNDRAISING RATE | $75.00/M |
| | CATALOG RATE | $80.00/M |

## DESCRIPTION

Bottom Line Inc. publishes a periodical, a growing number of e-letters and dozens of books dedicated to a quest for the best, most useful and easy-to-read answers to the many, many challenges of today's changing life.



The Bottom Line Enhanced Masterfile has been enhanced with the full suite of Data Axle enhancements available. Mailers can target their ideal customers with demographic, psychographic, lifestyle data and more.

Sample mailing piece is required for approval. Telephone solicitation is strictly prohibited.

List owner does not permit blow-ins without approval and compensation.

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #465617 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE ON ORDERS OF 2,000
- CANCELLATION FEE AT $150.00/F

## POPULARITY: ●●●●● 100

| Field | Value |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 48% FEMALE 38% MALE |
| SPENDING: | $39.00 AVERAGE ORDER |

## SELECTS

| Select | Price |
|---|---|
| 12 MONTH RECENCY | $5.00/M |
| 3 MONTH RECENCY | $20.00/M |
| 6 MONTH RECENCY | $15.00/M |
| AGE | $15.00/M |
| AILMENT | $21.00/M |
| AREAS OF INTEREST | $18.00/M |
| BUYER PRODUCT CATEGORY | $18.00/M |
| CHILD AGE | $15.00/M |
| CONTRIBUTORS/DONORS | $15.00/M |
| DWELLING SIZE / TYPE | $15.00/M |
| GENDER | $10.00/M |
| HOME/BUSINESS | $10.00/M |
| HOMEOWNER | $15.00/M |
| INCOME | $15.00/M |
| LEAD GENERATION | $100.00/F |
| MAIL ORDER BUYERS | $15.00/M |
| NEW TO FILE | $10.00/M |
| NON-RECIPROCAL | $25.00/M |
| PAID | $10.00/M |
| RELIGION | $18.00/M |
| RENEWALS | $10.00/M |
| STATE / SCF / ZIP | $10.00/M |
| VETERANS | $18.00/M |
| ZIP SET UP | $35.00/F |

## ADDRESSING

| Item | Price |
|---|---|
| KEY CODING | $5.00/M |
| FTP | $60.00/F |
| UNDER MINIMUM PROCESSING FEE | $35.00/F |

## RELATED LISTS

- WOUNDED WARRIOR PROJECT
- MARCH OF DIMES DONORS
- AMERICAN HEART ASSOCIATION DONORS
- SMILE TRAIN
- SMITHSONIAN MAGAZINE
- TARGET
- BOYS TOWN DONORS
- MAYO CLINIC HEALTH LETTER
- KIPLINGER ENHANCED MASTERFILE
- NATURE CONSERVANCY