EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REGINA NOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOARDROOM, INC. D/B/A/ BOTTOM LINE INC.,<br><br>Defendant. | Case No. 22-cv-11296-BAF-EAS<br>Hon. Bernard A. Friedman<br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, with each party to bear its or her own costs and attorneys' fees.

This stipulation may be executed in counterparts, which, when taken together, shall constitute one original document.  A signed copy of this stipulation transmitted electronically or by facsimile shall be deemed an original for all purposes.

Dated:        April 4, 2024

*E. Powell Miller*

E. Powell Miller (P39487)
THE MILLER LAW FIRM,
P.C.
950 W. University Drive, Suite
300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
HEDIN LLP
1395 Brickell Avenue, Suite
1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinllp.com
aravindran@hedinllp.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

*Counsel for Plaintiff*

DocuSigned by:

21CF41B68BCF45B...

David S. Greenberg
DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
(212) 468-4895
dgreenberg@dglaw.com

*Counsel for Defendant*