UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**REGINA NOCK,**

    Plaintiff(s),       CIVIL ACTION NO. 22-cv-11296

vs.              HON. BERNARD A. FRIEDMAN

**BOARDROOM, INC. d/b/a BOTTOM
LINE, INC.,**

    Defendant(s).

_____/

## ORDER STRIKING STIPULATED ORDER

On April 9, 2024, the parties filed a Stipulation of Dismissal [ECF No. 40].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rules 1(m) and 12(a), a proposed

stipulated order must be submitted in a Microsoft Word compatible format via the

link under the Utilities section of ECF and must not include the judge's electronic

signature. The stipulated order at issue is not in compliance with the rule.

  **IT IS ORDERED**, that the Stipulation is **STRICKEN**.


           **s/Bernard A. Friedman**_____
Dated: April 10, 2024    BERNARD A. FRIEDMAN
Detroit, Michigan     SENIOR U.S. DISTRICT JUDGE