# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REGINA NOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARDROOM, INC. d/b/a BOTTOM LINE INC.,<br><br>Defendant. | Case No. 22-cv-11296<br><br>Hon. Bernard A. Friedman<br><br>Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, with each party to bear its or her own costs and attorneys' fees. This stipulation may be executed in counterparts, which, when taken together, shall constitute one original document. A signed copy of this stipulation transmitted electronically or by facsimile shall be deemed an original for all purposes.

SO ORDERED.

Dated: April 12, 2024
    Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE

**IT IS SO STIPULATED:**

By:  /s E. Powell Miller                                        Dated:  April 10, 2024
E. Powell Miller (P39487)
epm@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

Joseph I. Marchese (P85862)
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150

Frank S. Hedin
fhedin@hedinllp.com
Arun G. Ravindran
aravindran@hedinllp.com
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107

*Counsel for Plaintiff*

*/s/ David S. Greenberg (w/consent)*
Davis+Gilbert LLP
David S. Greenberg
1675 Broadway
New York, New York 10019
(212) 468-4995
dgreenberg@dglaw.com

*Counsel for Defendant*